

**NUMBER 13-96-00481-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**ISAAC PASOL LEVITAS,**                                          **Appellant,**

**v.**

**CAMERON COUNTY, TEXAS,**                                  **Appellee.**

---

**On Appeal from the 138th District Court
of Cameron County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on June 12, 1997, due to the bankruptcy of

one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.

Since the abatement there has been no activity in this appeal. On April 16, 2009, the Court

ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Appellee responded to the order by advising of the suggestion of death of appellant and indicating the case should be reinstated and dismissed for want of prosecution. Accordingly, we reinstate and DISMISS THE APPEAL FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered
and filed this the 21st day of May, 2009.

2